FILED

2003 OCT 15 P 12: 09

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIA S. WEISS | : | CIVIL ACTION |
| vs. | : | No. 3:01CV1658 (DJS) |
| MARTIN T. WEISS, et al. | : | OCTOBER 14, 2003 |

## APPEARANCE

Please enter my appearance as counsel for the defendants, **Carrie Gervais** and **Monica Clapp**, only. This appearance is **in lieu of** the appearance of Attorney John Oestreicher.

Dated at Manchester, Connecticut this 14th day of October, 2003

Geoffrey Naab
Federal Bar No. ct07446
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester CT 06040
(860) 647-7000
FAX: 860-645-0525

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that copies of the foregoing Appearance have been mailed, postage prepaid, this 14th day of October, 2003 to

Atty. William R. Moller
Moller Peck & O'Brien, LLC
1010 Wethersfield Ave.
Hartford  CT  06114-3149

Atty. Deborah Etlinger
Wolf Horowitz Etlinger & Case LLC
241 Main Street
Hartford  CT  06106-1817

Atty. John B. Oestreicher
P.O. Box 13
North Branford  CT  06471-0013

Atty. Charles E. Vermette, Jr.
Atty. Peter Ponziani
Litchfield Cavo
40 Tower Lane
Avon  CT  06001-4222

_____
Geoffrey Naab