# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIA S. WEISS | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 301CV1658 (DJS) |
| v. | ) | |
| | ) | |
| MARTIN T. WEISS, ROBERT B. | ) | |
| YOUNG, CARRIE GERVAIS, SUSAN | ) | |
| MULVEY, MONICA CLAPP AND | ) | OCTOBER 27, 2003 |
| CAROL BELLMAN | ) | |
|     Defendants | ) | |

## MOTION FOR CONTINUANCE OF JURY SELECTION

The Defendant, Robert Young, hereby moves for a continuance of the date for Jury Selection in this case. Jury Selection is currently scheduled to take place on December 2, 2003. Today, Attorney Etlinger, undersigned trial counsel for Defendant Robert Young in this case developed a scheduling conflict with the December 2, 2003, jury selection date. Today, Attorney Etlinger's two year old son was scheduled to undergo surgery on December 2

, 2003. Said surgery will take place at Children's Hospital, Boston Massachusetts.

Undersigned counsel has spoken to counsel for all of the other Defendants: Attorneys Oestreicher, Vermette and Nabb and each has advised that he does not object to a continuation of the date for Jury Selection in this matter. Undersigned counsel attempted to contact Attorney Moller, counsel for the Plaintiff, to ascertain his position regarding the Defendant's Motion for Continuance but was unable to reach him.

WOLF, HOROWITZ, ETLINGER & CASE, L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06106-1817 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

This is the Defendant's first Motion for a Continuance of the date for Jury Selection in this case.

WHEREFORE, Defendant Young respectfully requests that his Motion for Continuance be granted.

                                       DEFENDANT,
                                       ROBERT B. YOUNG


                      BY   */s/ Deborah Etlinger*
                           Deborah Etlinger - ct02877
                           Wolf, Horowitz, Etlinger & Case, LLC
                           99 Pratt Street, Suite 401
                           Hartford, CT  06103
                           (860) 724-6667

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, via U.S. Mail, to the following counsel of record on the 27th day of October, 2003.

William R. Moller, Esq.
Moller, Peck and O'Brien, LLC
1010 Wethersfield Avenue – Suite 305
Hartford, Connecticut 06114

Claudia S. Weiss, Esquire
112 Main Street
P.O. Box 666
Putnam, CT 06260

John B. Oestreicher, Esquire
Shea and Oestreicher, P.C.
P.O. Box 13
275 Branford Road
North Branford, CT 06471

Peter J. Ponziani, Esquire
Melicent B. Thompson, Esquire
Charles E. Vermette, Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

_____
Deborah Etlinger

49635