**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CLAUDIA S. WEISS** | : | |
| **Plaintiff** | | |
| | | |
| **v.** | : | **CIVIL NO.: 3:01cv1658(DJS)** |
| | | |
| **MARTIN T. WEISS, ET AL** | : | |
| **Defendants** | | |

**ORDER**

The Defendant, Robert Young's, Motion for Continuance of Jury Selection (Doc.

#87) is hereby **DENIED as moot.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   3rd   day of November, 2003.


        /s/DJS
        Dominic J. Squatrito
        United States District Judge