FILED

UNITED STATES DISTRICT COURT

2003 OCT 29 A 11: 26

DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CLAUDIA S. WEISS | ) | |
| Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 301CV1658 (DJS) |
| v. | ) | |
| | ) | |
| MARTIN T. WEISS, ROBERT B. | ) | |
| YOUNG, CARRIE GERVAIS, SUSAN | ) | |
| MULVEY, MONICA CLAPP AND | ) | OCTOBER 28, 2003 |
| CAROL BELLMAN | ) | |
| Defendants | ) | |

## MOTION TO WITHDRAW
## MOTION FOR CONTINUANCE OF JURY SELECTION

The Defendant, Robert Young, hereby moves that his Motion for Continuance of Jury Selection, filed on or about October 28, 2003, be withdrawn. The scheduling conflict noted in Defendant Robert Young's Motion for Continuance has been resolved and therefore the continuance is no longer needed.

All counsel have been notified by phone and by letter that the undersigned is moving to withdraw her continuance motion.

WHEREFORE, Defendant Young respectfully requests that his Motion to Withdraw his Motion for Continuance of Jury Selection be granted.

DEFENDANT,
ROBERT B. YOUNG

BY  *Deborah Etlinger*
Deborah Etlinger - ct02877
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street, Suite 401
Hartford, CT  06103
(860) 724-6667

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, via U.S. Mail, to the following counsel of record on the 28th day of October, 2003:

William R. Moller, Esq.
Moller, Peck and O'Brien, LLC
1010 Wethersfield Avenue – Suite 305
Hartford, Connecticut 06114

Claudia S. Weiss, Esquire
112 Main Street
P.O. Box 666
Putnam, CT 06260

John B. Oestreicher, Esquire
Shea and Oestreicher, P.C.
P.O. Box 13
275 Branford Road
North Branford, CT 06471

Peter J. Ponziani, Esquire
Melicent B. Thompson, Esquire
Charles E. Vermette, Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

_Deborah Etlinger_
Deborah Etlinger

49656