# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLAUDIA S. WEISS**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv1658(DJS) |
| **MARTIN T. WEISS, ET AL**<br>    Defendants | : |

## ORDER

The Defendant, Robert Young's, Motion to Withdraw Motion for Continuance of Jury Selection (Doc. #90) is hereby **DENIED as moot.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   12th   day of November, 2003.


                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge