# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CLAUDIA S. WEISS                          :
    Plaintiff

    v.                                    :   CIVIL NO.: 3:01cv1658(DJS)

MARTIN T. WEISS, ET AL               :
    Defendants


## ORDER OF REFERENCE TO
## A UNITED STATES MAGISTRATE JUDGE

    In the interest of justice, the above identified case is hereby referred to Donna F. Martinez, United States Magistrate Judge for the purpose of a settlement conference only.

    Apart from the referral for this limited purpose, all other aspects of this case, including scheduling and suspension of discovery, shall be the direct responsibility of the undersigned. This settlement conference shall not interfere with the filing of the joint trial memorandum.

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this   13th   day of November, 2003.


                             /s/DJS
                             Dominic J. Squatrito
                             United States District Judge