

FILED
2003 OCT 30 P 1: 12
US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIA S. WEISS | : | CIVIL ACTION |
| vs. | : | No. 3:01CV1658 (DJS) |
| MARTIN T. WEISS, et al. | : | OCTOBER 27, 2003 |

### STIPULATION FOR VOLUNTARY DISMISSAL

The plaintiff, Claudia Weiss, and the defendants, Carrie Gervais and Monica Clapp, acting by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. Rules Civ. Pro., Rule 41(a):

1. The plaintiff's action against these two defendants, **only**, may be dismissed with prejudice.

2. These two defendants' counterclaims may be dismissed with prejudice.

| PLAINTIFF,<br>CLAUDIA WEISS | DEFENDANTS, CARRIE GERVAIS<br>and MONICA CLAPP |
|---|---|
| By _[signature]_<br>William R. Moller, her attorney<br>Moller, Peck & O'Brien, LLC<br>1010 Wethersfield Avenue<br>Hartford CT 06114<br>860-296-1010 | By _[signature]_<br>Geoffrey Naab, their attorney<br>LaBelle LaBelle Naab & Horvath, PC<br>295 East Center Street<br>Manchester CT 06040<br>860-647-7000 |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that copies of the foregoing Stipulation for Voluntary Dismissal have been mailed, postage prepaid, this 29th day of Oct., 2003 to

Atty. William R. Moller
Moller Peck & O'Brien, LLC
1010 Wethersfield Ave.
Hartford CT 06114-3149

Atty. Deborah Etlinger
Wolf Horowitz Etlinger & Case LLC
241 Main Street
Hartford CT 06106-1817

Atty. John B. Oestreicher
P.O. Box 13
North Branford CT 06471-0013

Atty. Charles E. Vermette, Jr.
Atty. Peter Ponziani
Litchfield Cavo
40 Tower Lane
Avon CT 06001-4222

_____
Geoffrey Naab