**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **CLAUDIA S. WEISS**<br>    Plaintiff | : |
| v. | :  CIVIL NO.: 3:01cv1658(DJS) |
| **MARTIN T. WEISS, ET AL**<br>    Defendants | : |

**ORDER**

The Stipulation for Voluntary Dismissal (Doc. #93) is hereby **GRANTED with prejudice as to Carrie Gervais and Monica Clapp only.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   18th   day of November, 2003.


                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge