# UNITED STATES DISTRICT COURT

District of

| | |
|---|---|
| CLAUDIA S. WEISS<br>Plaintiff<br><br>v.<br><br>MARTIN T. WEISS, ROBERT B. YOUNG<br>CARRIE GERVAIS, SUSAN MULVEY,<br>MONICA CLAPP, AND CAROL BELLMAN<br><br>Defendants | NOTICE, CONSENT AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE<br><br>Case Number 3:01CV1658(DJS) |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signed] Deborah Ellgr | Robert Young | 10/31/03 |
| [signed] B. Outn... | Susan Mulvey + Carol Bellman | 11/12/03 |
| [signed] William R. Moller | Claudia Weiss | 11/13/03 |
| | Martin Weiss | 11/4/03 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to United States Magistrate Judge Thomas P. Smith for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

November 18, 2003

[signed] Dominic J. Squatrito, U.S.D.J.