

*Held
Settled
4.5 hours*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

January 6, 2004

1:00 p.m.

CASE NO. **3:01CV1658 (TPS)**   Weiss v. Weiss, et al.

COUNSEL OF RECORD:

| | |
|---|---|
| Denise P. Ansell | Ansell & Laben<br>94 Broad St.<br>New London, CT 06320<br>860-437-1187<br>860-437-0811 (fax)<br>Attydenise.ansell@snet.net |
| Matthew E. Auger | Suisman, Shapiro, Wool<br>Brennan, Gray & Greenberg<br>2 Union Plaza, Ste 200<br>PO Box 1591<br>New London, CT 06320<br>860-271-2260<br>860-442-0495 (fax)<br>MAuger@sswbgg.com |
| Andrea Barton Reeves | Wolf, Horowitz, Etlinger & Case<br>99 Platt Street, 4th FL, Ste 401<br>Hartford, CT 06103<br>860-724-6667<br>860-293-1979 (fax)<br>abarton-reeves@wolfhorowitz.com |
| John A. Collins, III | Suisman, Shapiro, Wool<br>Brennan, Gray & Greenberg<br>2 Union Plaza, PO Box 1591<br>Ste. 200<br>New London, CT 06320 |

|  |  |
|---|---|
|  | 860-442-4416<br>jcollins@sswbgg.com |
| √ Deborah Etlinger | Wolf, Horowitz, Etlinger & Case<br>99 Platt Street<br>Suite 401<br>Hartford, CT 06103<br>860-724-6667<br>860-293-1979 (fax)<br>detlinger@wolfhorowitz.com |
| Matthew M. Horowitz | Wolf, Horowitz, Etlinger & Case<br>99 Platt Street, 4th Fl<br>Hartford, CT 06103<br>860-724-6667<br>860-293-1979 (fax)<br>mhorowitz@wolfhorowitz.com |
| Timothy S. Jajliardo | Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, CT 06001<br>860-255-5577 |
| Jan M. Localio | UCONN Law School Foundation, Inc.<br>45 Elizabeth Street<br>Hartford, CT 06105<br>860-523-0077 |
| √ William R. Moller | Moller, Peck & O'Brien<br>1010 Wethersfield Ave., 1st Fl.<br>Hartford, CT 06114-3149<br>860-296-1010<br>860-947-3236 (fax)<br>jezell@mpolaw.com |
| Claudia S. Weiss | 112 Main Street<br>P.O. Box 666<br>Putnam, CT 06260 |
| Geoffrey Naab | LaBelle, LaBelle, Naab & Horvath<br>295 East Center Street<br>Manchester, CT 06040-0511<br>860-647-7000 |

John B. Oestreicher

Shea & Oestreicher, P.C.
275 Branford Rd., P. O. Box 13
North Branford, CT 06471
481-6265

Peter J. Ponziani

Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
860-255-5577

Steven H. St. Clair

PO Box 666
Putnam, CT 06260
860-928-7755

Melicent B. Thompson

Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
860-255-5577

Charles E. Vermette, Jr.

Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001
860-255-5577

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK