UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLAUDIA S. WEISS,

    v.

MARTIN T. WEISS, ROBERT B. YOUNG,
CARRIE GERVAIS, SUSAN MULVEY,
MONICA CLAPP, & CAROL BELLMAN,

Case Number: 3:01CV1658 (TPS)

FILED
2004 JAN [ ] A IC
U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE TO COUNSEL
----------------------

    The above-entitled case was reported to the Court on <u>January 7, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on February 6, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, January 8, 2004.

KEVIN F. ROWE, CLERK

By: *[signature]*
Robert K. Wood
Deputy Clerk