UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR -9 P 12: 55

U.S. DISTRICT COURT
          HRD, CT.

CLAUDIA S. WEISS              :      CASE NO. 3:01CV1658(TPS)

    v.                            :

MARTIN T. WEISS,          :
ROBERT B. YOUNG,
CARRIE GERVAIS, SUSAN MULVEY,
MONICA CLAPP, & CAROL BELLMAN  :

## JUDGMENT

Counsel of record having reported to the Court on January 7, 2004, that the above-entitled case had been settled and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 9th day of March, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Robert K. Wood
    Deputy Clerk

EOD_____